1044

[No. 19925-4-II.    Division Two.    October 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL
L. PRATT, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 95-1-00296-2, Gordon Godfrey, J.,
entered Septmeber 25, 1996. *Affirmed* by unpublished
opinion per Morgan, J., concurred in by Seinfeld, C.J., and
Houghton, J.

[No. 20031-7-II.    Division Two.    October 11, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
EVAN LEGAZ, *Appellant*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 94-1-00684-2, Randolph Furman, J.,
entered November 7, 1995. *Affirmed* by unpublished
opinion per Seinfeld, C.J., concurred in by Morgan and
Armstrong, JJ.

[No. 20091-1-II.    Division Two.    October 11, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. CHARLES L.
HOLMES, *Respondent*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 95-1-00383-7, David E. Foscue, J.,
entered October 16, 1995. *Affirmed* by unpublished opinion
per Morgan, J., concurred in by Seinfeld, C.J., and Hough-
ton, J.

[Nos. 31453-0-I; 32209-5-I.    Division One.    October 14, 1996.]

G. PATRICK HEALY, ET AL., *Appellants*, v. CITY OF
FEDERAL WAY, *Respondent*.

Appeals from judgments of the Superior Court for King
County, No. 91-2-19125-5, George A. Finkle, J., entered
December 4, 1992. *Affirmed* by unpublished opinion per
Cox, J., concurred in by Kennedy, A.C.J., and Becker, J.